United States District Court
Southern District of Texas
**ENTERED**
August 24, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| THOMAS KETCHUM, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Case No. 5:15-cv-129 |
| GRACE ROAD LINES LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The Parties have filed a Joint Motion to Dismiss with Prejudice, informing the Court that the parties reached "an amicable resolution." (Dkt. 19). The Motion is GRANTED, and the case is DISMISSED.

DONE at Laredo, Texas, this 24th day of August, 2016.

_____
George P. Kazen
Senior United States District Judge